*Church* v. *N. Y. C. & H. R. R. R. Co.*, 135 App. Div. 914, affirmed.
(Submitted March 3, 1911; decided March 21, 1911.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 3, 1909, which affirmed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of plaintiff in an action to recover the value of certain baggage stolen while in the custody of defendant.

*William Mann* and *Alex. S. Lyman* for appellant.

*Reuben M. Cohen* for respondent.

Judgment affirmed, with costs, no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

GEORGE C. LIND, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

*Lind* v. *Long Island R. R. Co.*, 136 App. Div. 898, affirmed.
(Submitted March 3, 1911; decided March 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 5, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*William C. Beecher* and *Joseph F. Keany* for appellant.

*Frederick N. Van Zandt* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.